IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20381
Conference Calendar
_____

J. LEON GONZALEZ LONGORIA,

Plaintiff-Appellant,

versus

STANLEY G. SCHNEIDER, TROY
MCKINNEY,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-96-744
- - - - - - - - - -
August 20, 1996

Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

J. Leon Gonzalez Longoria, federal prisoner #59761-079, appeals the dismissal of his civil suit pursuant to 28 U.S.C. § 1915(d), now § 1915(e)(2)(B)(i). Longoria asserts that the district court erred in characterizing his lawsuit as having been brought under 42 U.S.C. § 1983. He contends that he brought a

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

claim of legal malpractice against his attorneys under diversity jurisdicti

Assuming _arguendo_ that Longoria's complaint alleged legal malpractice under Texas law, his claim lacks merit.  Longoria does not have a cause of action under Texas law because he has not been exonerated and his actions are the sole, proximate cause of his indictment and conviction.  See _Peller v. Hughes & Luce_, 909 S.W.2d 494, 498 (Tex. 1995).  For this reason, we AFFIRM the judgment of the district court dismissing the action as frivolous.  The motion to stay the appeal is DENIED.

AFFIRMED.